JEFFRY A. DAVIS (Bar No. 103299)
AMY WALLACE POTTER (Bar No. 213196)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:     650-833-2000
Fax:    650-833-2001

Attorneys for Appellant
CHARLES K. CLAPP

IT IS SO ORDERED

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | CASE NO. 06-1371 JW |
| CONSTANCE DUDLEY, | BANKRUPTCY CASE NO. 03-52149 |
| Debtor. | Chapter 7 |
| | **STIPULATION AND ORDER TO SHORTEN TIME FOR NOTICE OF AND SPECIALLY SET HEARING DATE ON MOTION FOR STAY PENDING APPEAL AND MOTION TO DISMISS APPEAL** |
| | Requested Hearing Date: Date:   April 3, 2006 Time:  9:00 a.m. Place:  Courtroom  8 Judge: James Ware |

Creditor and Appellant Charles K. Clapp ("Clapp"), Debtor Constance Dudley (the "Debtor"), Chapter 7 Trustee Mohamed Poonja (the "Trustee") and Lincoln Building Trustees Paul Laub, Andrew Swartz and Brock Tostevin (the "Lincoln Building Trustees") hereby enter into this stipulation requesting that the Court shorten time for notice of and specially set a hearing date of April 3, 2006 for Clapp's motion for stay pending his appeal of the Bankruptcy Court's

EM\7201264.1
355809-1

order approving a settlement between the Debtor, the Trustee and the Lincoln Building Trustees and the motion to dismiss Clapp's appeal, as further described herein.

**RECITALS**

A.     On January 17, 2006, the Bankruptcy Court held a hearing to consider, among other things, the Debtor, the Trustee, and the Lincoln Building Trustees' proposed settlement. Clapp opposed the settlement.  On January 20, 2006, the Bankruptcy Court announced its decision approving the settlement.

B.     On February 13, 2006, the Bankruptcy Court signed the order approving the settlement.  On February 15, 2006, the order was entered on the docket and on February 16, 2006, notice of the entry of the order was electronically provided to parties in interest.

C.     On February 17, 2006, Clapp filed a notice of appeal of the order, a motion for stay pending appeal, and an application to shorten time and set a hearing date on the motion for stay.

D.     The Bankruptcy Court shortened time and set a hearing on the motion for stay for March 1, 2006.  At that hearing, the Bankruptcy Court denied Clapp's motion for stay.

E.     On March 2, 2006, Clapp's counsel notified opposing counsel that he intended to file an emergency motion for stay with this Court if the parties would not stipulate to shorten time for notice of the hearing on the motion for stay.  Declaration of Amy Wallace Potter ("Potter Declaration") ¶ 3.

F.     The settlement requires approval of the Monterey County Superior Court before it can be consummated.  Clapp believes that all creditors will be irreparably harmed if the settlement is consummated before this Court can consider whether to stay the consummation of the settlement pending appeal.  The other parties dispute this belief.  Potter Declaration ¶ 4.

G.     Notwithstanding the dispute over the need to shorten time, the Debtor, the Trustee and the Lincoln Building Trustees agreed to stipulate to shorten time for the hearing on Clapp's motion for stay and the motion to dismiss as provided herein, and agreed that they would not consummate the settlement until after this Court hears the motions.  Potter Declaration ¶ 5.

H.     Clapp believes that it is appropriate to shorten time for notice of and specially set a hearing date on the motions because Clapp asserts that consummation of the settlement before the hearing on the motion for stay may harm creditors.  The other parties dispute this belief.  Potter Declaration ¶ 4.

I.     Notwithstanding the foregoing dispute, the parties agreed to request that the Court shorten time for notice of and specially set a hearing date for Clapp's motion for stay pending appeal and the motion to dismiss the appeal for April 3, 2006 on the Court's 9:00 a.m. civil case calendar.  The parties further agreed to file and serve the motions by email or facsimile no later than March 13, 2006, to file and serve oppositions by email or facsimile no later than March 23, 2006, and file and serve replies by email or facsimile no later than March 29, 2006.  Potter Declaration ¶ 6.

J.     The parties to this appeal have not sought any other time modifications from this Court.  Potter Declaration ¶ 7.

K.     The parties do not anticipate that this stipulated request to shorten time for notice will affect the briefing schedule that the Court has not yet entered on Clapp's appeals and the Debtor's cross-appeal.  Potter Declaration ¶ 8.

## **STIPULATION**

1.     Clapp, the Debtor, the Trustee and the Lincoln Trustees request that the Court shorten time for notice of and specially set a hearing date on Clapp's motion for stay pending appeal and the Debtor's motion to dismiss Clapp's appeal for April 3, 2006, on the Court's 9:00 a.m. civil case calendar.

2.     Clapp and the Debtor stipulate that they will file and serve their motions by email or facsimile no later than March 13, 2006.

3.     The parties stipulate that they will file and serve any oppositions to the motions by email or facsimile no later than March 23, 2006, and any replies by email or facsimile no later than March 29, 2006, or by such other deadlines as are set by this Court.

4.     The Debtor, the Trustee and the Lincoln Trustees stipulate that they will not set a

1  hearing in Monterey County Superior Court on the motion for approval of the settlement

2  agreement for a date prior to the hearing on the motion for stay on April 3, 2006, or such other

3  hearing date as this Court may set, or otherwise consummate the settlement until after that

4  hearing date.

5  Dated: March 7, 2006

6                                                    DLA PIPER RUDNICK GRAY CARY US LLP

7                                                    By /s/  Amy Wallace Potter
                                                        AMY WALLACE POTTER
8                                                       Attorneys for Creditor and Appellant
                                                        CHARLES K. CLAPP
9
   Dated: March 7, 2006
10                                                   SULMEYER KUPETZ

11
                                                     By /s/  Christopher Alliotts
12                                                      CHRISTOPHER ALLIOTTS
                                                        Attorneys for Debtor
13                                                      CONSTANCE DUDLEY

14 Dated: March 7, 2006

15                                                   LUCE FORWARD

16                                                   By /s/  Sandi Colabianchi
                                                        SANDI COLABIANCHI
17                                                      Attorneys for Trustee
                                                        MOHAMED POONJA
18
   Dated: March 7, 2006
19                                                   GRUNSKY EBEY FARRAR & HOWELL

20                                                   By /s/  Rebecca Connolly
                                                        REBECCA CONNOLLY
21                                                      Attorneys for Lincoln Building Trustees
                                                        PAUL LAUB, ANDREW SWARTZ, and
22                                                      BROCK TOSTEVIN

23
          I, Amy Wallace Potter, hereby attest that I have on file all holograph signatures for any
24
   signatures indicated by a "conformed" signature (/s/) within this efiled document.
25
   Dated: March 7, 2006                              /s/  Amy Wallace Potter
26                                                      AMY WALLACE POTTER

27

28

EM\7201264.1
355809-1

1        PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 Dated: _____March 9_____, 2006

3                      By_____

                        HONORABLE JAMES WARE

4                         UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER RUDNICK
GRAY CARY US LLP

-5-                       STIPULATION

EM\7201264.1
355809-1